# Ogletree Deakins



Aaron Warshaw
212.492.2509
aaron.warshaw@ogletreedeakins.com

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

*Attorneys at Law*

1745 Broadway, 22nd Floor
New York, New York 10019
Telephone: 212.492.2500
Facsimile: 212.492.2501
www.ogletreedeakins.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/13/13
```

May 13, 2013

**VIA FACSIMILE (212) 805-4258**

The Honorable Debra Freeman
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

**SO ORDERED:   DATE: 5/13/13**

*/s/ Debra Freeman*

**DEBRA FREEMAN
UNITED STATES MAGISTRATE JUDGE**

RE:  *Mosquea v. AMC Entertainment Inc. et al*
       U.S.D.C., S.D.N.Y., 13-CV-01449 (ALC-DCF)

Dear Magistrate Judge Freeman:

**MEMO ENDORSED**

We have been retained to represent defendant AMC Entertainment Inc. ("AMC") in the above-referenced case. So that the parties may continue their discussions about the possibility of settlement, we respectfully write to request a short extension, from May 13, 2013 to May 20, 2013, for AMC to answer and otherwise respond to the Complaint. Although the Court's docket reflects that process was served, AMC previously agreed to waive process, thus the May 13th deadline for answering and responsively pleading.

[granted]

This is AMC's first request for an extension of time. Plaintiff's counsel, Mr. C.K. Lee, has been contacted about consenting to this request for an extension and he has no objection.

Since the Court has not yet issued a Scheduling Order, the requested extension is not expected to impact any other deadlines, and may, in fact, eliminate the need for a scheduling order.

Adanta • Austin • Berlin (Germany) • Birmingham • Boston • Charleston • Charlotte • Chicago • Cleveland • Columbia • Dallas • Denver
Detroit Metro • Greenville • Houston • Indianapolis • Jackson • Kansas City • Las Vegas • Los Angeles • Memphis
Miami • Minneapolis • Morristown • Nashville • New Orleans • New York City • Orange County • Philadelphia • Phoenix • Pittsburgh
Portland • Raleigh • Richmond • St. Louis • St. Thomas • San Antonio • San Diego • San Francisco • Stamford • Tampa • Torrance • Tucson • Washington

The Honorable Debra Freeman
May 13, 2013
Page 2


Ogletree
Deakins

Thank you in advance of Your Honor's consideration of this request.

Respectfully submitted,

Aaron Warshaw

AW:tsf

cc:  C.K. Lee, Esq. *(by Facsimile)*
     Mr. Patrick Hulla, Esq.

15004638.1